BRIAN D. BERTOSSA, ESQ. (SBN 138388)
TERRY A. WILLS, ESQ. (SBN 133962)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendants CEVA FREIGHT LLC and
SUZANNE MARIE PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON E. TORRES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CEVA FREIGHT, LLC, SUZANNE MARIE PARKER and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 09 4822 CRB<br><br>**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:    January 22, 2010<br>Time:    8:30 a.m.<br>Room:    8 |

Defendants' counsel respectfully requests the Court's permission to appear by telephone at the Case Management Conference scheduled for January 22, 2010 at 8:30 a.m. Good cause exists for such a request because Defendants' counsel's office is located in Sacramento and appearance before the court would require a minimum of four hours of travel, to and from the courthouse. Counsel is committed to be on telephone standby commencing at 8:30 a.m. on January 22nd until notified by the court when appearance is required. The requesting attorney is Terry A. Wills and can be reached at (916) 442-3100 on the day of the Case Management Conference.

DATED: January 12, 2010                    COOK BROWN, LLP


                                           By:    /s/
                                                  TERRY A. WILLS, ESQ.
                                                  Attorneys for Defendants
                                                  CEVA FREIGHT LLC AND
                                                  SUZANNE MARIE PARKER

**REQUEST FOR TELEPHONIC APPEARANCE AT CMC**
1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendants' counsel is permitted to appear by telephone at the Case Management Conference scheduled for January 22, 2010 at 8:30 a.m.

DATED: January  15 , 2010                    _____
United States District Judge
Charles R. B.

