BRIAN D. BERTOSSA, ESQ. (SBN 138388)
TERRY A. WILLS, ESQ. (SBN 133962)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendants CEVA FREIGHT LLC and
SUZANNE MARIE PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON E. TORRES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CEVA FREIGHT, LLC, SUZANNE MARIE PARKER and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. CV 09 4822 CRB<br><br>**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:　　April 9, 2010<br>Time:　　8:30 a.m.<br>Room:　　8 |

　　　　Defendants' counsel respectfully requests the Court's permission to appear by telephone at the Case Management Conference scheduled for April 9, 2010 at 8:30 a.m.  Good cause exists for such a request because Defendants' counsel's office is located in Sacramento and appearance before the court would require a minimum of four hours of travel, to and from the courthouse.  Counsel is committed to be on telephone standby commencing at 8:30 a.m. on April 9th until notified by the court when appearance is required.  The requesting attorney is Terry A. Wills and can be reached at (916) 442-3100 on the day of the Case Management Conference.

DATED:  March 25, 2010　　　　　　　　COOK BROWN, LLP


　　　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　　TERRY A. WILLS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　CEVA FREIGHT LLC AND
　　　　　　　　　　　　　　　　　　　　　　SUZANNE MARIE PARKER

**REQUEST FOR TELEPHONIC APPEARANCE AT CMC**
1

1

**[PROPOSED] ORDER**

   IT IS HEREBY ORDERED that Defendants' counsel is permitted to appear by telephone at the Case Management Conference scheduled for April 9, 2010 at 8:30 a.m.

DATED:  _____March 30__, 2010      _____
                                     United States District Judge
                                     Charles R. Breyer



**REQUEST FOR TELEPHONIC APPEARANCE AT CMC**
2